UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00894-MSK

ANTONIO S. SENA

    Plaintiff

v.

CC COMMUNITIES COLORADO, LLC, d/b/a CENTURY COMMUNITIES

    Defendant.

---

**SATISFACTION OF JUDGMENT**

---

Plaintiff/Claimant, Shane Sena, in exchange for $47,724.95, acknowledges satisfaction of the award entered against Defendant/Respondent CC Communities, LLC (d/b/a Century Communities), by virtue of: (a) that certain Arbitration Award entered on April 9, 2012 in JAMS/ENDISPUTE Case ID No. 12947 ("Arbitration"); and (b) that certain Order re Claimant's Request for Attorney Fees and Claimant's Bill of Costs entered on July 11, 2012 in the Arbitration, as confirmed by this Court's Final Judgment entered on September 18, 2012 and releases any and all claims arising from or relating to the matters at issue in the Arbitration and the above-captioned action.

Dated: September 28, 2012.

        Respectfully submitted,

        ELWYN F. SCHAEFER, P.C.

        By: _____
           Elwyn F. Schaefer, Esq.
           Sara A. Green, Esq.
           1801 Broadway, Suite 550
           Denver, CO 80202
           *Attorneys for Plaintiff*